# United States Court of Appeals
## For the First Circuit

No. 11-1975

UNITED STATES,

Appellee,

v.

GARY A. FARLOW,

Defendant, Appellant.

Lynch, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

ORDER OF COURT

Entered: December 15, 2011

      This matter is before the court on the motion of Appellant Gary A. Farlow for bail pending appeal. Having reviewed the motion papers and relevant portions of the record, we conclude that the appeal does not present a "substantial question of law or fact likely to result in . . . reversal . . . an order for a new trial . . . a sentence that does not include a term of imprisonment, or . . . a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b). We also conclude that Farlow has failed to make the "exceptional reasons" showing required in a case such as his. <u>See</u> 18 U.S.C. §§ 3143(b)(2), 3145(c). Accordingly, the motion is **DENIED**.

                                       By the Court:

                                       /s/ Margaret Carter, Clerk.

cc:
Hon. John A. Woodcock
Christa K. Berry, Clerk, U.S.D.C. of Maine
Virginia G. Villa
Margaret D. McGaughey
James M. Moore